AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

NORMAN INGRAM
    Plaintiff,
    v.

STATE OF DELAWARE
    Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07-012

I, NORMAN INGRAM declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant     ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 US §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.     Are you currently incarcerated?    ☒ Yes    ☐ No (If "No" go to Question 2)

    If "YES" state the place of your incarceration D.C.C.

    **Inmate Identification Number (Required):** 263838

    Are you employed at the institution? Np   Do you receive any payment from the institution? No

    *Attack a ledger sheet form the institution of your incarceration showing. at least the past six months' transactions*

2.     Are you currently employed? ☐ Yes    ☒ No

    a.    If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer. NONE

    b.    If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. NONE

3.     In the past 12 twelve months have you received any money from any of the following sources?

| | | Yes | No |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ | ☒ |
| b. | Rent payments, interest or dividends | ☐ | ☒ |
| c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
| d. | Disability or workers compensation payments | ☐ | ☒ |
| e. | Gifts or inheritances | ☐ | ☒ |
| f. | Any other sources | ☐ | ☒ |

    If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive. NONE

FILED
2007 JAN -8  PM 4:09
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or saving accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount $NONE

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.
   NONE.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.
   NONE.

   I declare under penalty of perjury that the above information is true and correct.

   1-6-07                      *Norman Ingram*
   DATE                        SIGNATURE OF APPLICANT


**NOTE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating a assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing a receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multip accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

07-012

TO: Norman Ingram SBI#: 263838

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: October 11, 2006

---

Attached are copies of your inmate account statement for the months of April 1, 2006 to September 30, 2006.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| April | 208.99 |
| May | 189.36 |
| June | 149.35 |
| July | 157.26 |
| Aug | 179.69 |
| Sept | 158.42 |

Average daily balances/6 months: 173.85

Attachments
CC: File

Stacy Shane
10/11/06

# Individual Statement

Date Printed: 10/11/2006 | | | | Page 1 of 1

## For Month of April 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $207.26 | |
|---|---|---|---|---|---|---|---|
| 00263838 | Ingram | Norman | | | | | |
| Current Location: | V | | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 4/6/2006 | ($3.46) | $0.00 | $0.00 | $203.80 | 246584 | | | |
| Canteen | 4/13/2006 | ($27.32) | $0.00 | $0.00 | $176.48 | 249417 | | | |
| Canteen | 4/20/2006 | ($28.14) | $0.00 | $0.00 | $148.34 | 252145 | | | |
| Mail | 4/20/2006 | $100.00 | $0.00 | $0.00 | $248.34 | 253496 | | | L. INGRAM |
| Pay-To | 4/21/2006 | ($12.00) | $0.00 | $0.00 | $236.34 | 254085 | 4854692154 | PROJECT AWARE | |
| Canteen | 4/27/2006 | ($10.04) | $0.00 | $0.00 | $226.30 | 255821 | | | |

Ending Mth Balance: $226.30

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 10/11/2006

## For Month of May 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $226.30 | |
|---|---|---|---|---|---|---|---|
| 00263838 | Ingram | Norman | | | | | |

Current Location: V    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 5/3/2006 | ($20.07) | $0.00 | $0.00 | $206.23 | 258983 | | | |
| Canteen | 5/18/2006 | ($46.00) | $0.00 | $0.00 | $160.23 | 265479 | | | |
| Release Cash | 5/23/2006 | $11.56 | $0.00 | $0.00 | $171.79 | 267007 | | UNCLAIMED | |
| Canteen | 5/31/2006 | ($23.24) | $0.00 | $0.00 | $148.55 | 272456 | | | |

Ending Mth Balance: $148.55

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

Page 1 of 1

# Individual Statement

### For Month of June 2006

Date Printed: 10/11/2006  
Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $148.55 |
|---|---|---|---|---|---|---|
| 00263838 | Ingram | Norman | | | | |

Current Location: V

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 6/15/2006 | ($19.03) | $0.00 | $0.00 | $129.52 | 280012 | | | |
| Pay-To | 6/16/2006 | ($4.00) | $0.00 | $0.00 | $125.52 | 280280 | | MASJID MUHAMMAD | |
| Canteen | 6/22/2006 | ($12.75) | $0.00 | $0.00 | $112.77 | 282766 | | | |
| Mail | 6/22/2006 | $60.00 | $0.00 | $0.00 | $172.77 | 282897 | 5524819960 | | J. HENRY |
| Canteen | 6/29/2006 | ($18.44) | $0.00 | $0.00 | $154.33 | 285150 | | | |

Ending Mth Balance: $154.33

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of July 2006

Date Printed: 10/11/2006                                                                 Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00263838 | Ingram | Norman | | | Beg Mth Balance: | $154.33 |
| Current Location: | V | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 7/13/2006 | ($25.75) | $0.00 | $0.00 | $128.58 | 291049 | | | |
| Canteen | 7/20/2006 | ($13.18) | $0.00 | $0.00 | $115.40 | 295176 | | | |
| Mail | 7/24/2006 | $100.00 | $0.00 | $0.00 | $215.40 | 296205 | 08847447197 | | J. MILLS |
| Canteen | 7/27/2006 | ($12.33) | $0.00 | $0.00 | $203.07 | 297654 | | | |

Ending Mth Balance: $203.07

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of August 2006

Date Printed: 10/11/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $203.07 | |
|---|---|---|---|---|---|---|---|
| 00263838 | Ingram | Norman | | | | | |
| Current Location: | V | | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc | 8/1/2006 | $6.00 | $0.00 | $0.00 | $209.07 | 300367 | | 7/4/06 ACTIVITIES | |
| Canteen | 8/3/2006 | ($23.00) | $0.00 | $0.00 | $186.07 | 301400 | | | |
| Pay-To | 8/7/2006 | ($4.00) | $0.00 | $0.00 | $182.07 | 302137 | | MASJID MUHAMMAD | |
| Canteen | 8/10/2006 | ($29.12) | $0.00 | $0.00 | $152.95 | 304208 | | | |
| Canteen | 8/17/2006 | ($5.07) | $0.00 | $0.00 | $147.88 | 308116 | | | |
| Mail | 8/17/2006 | $20.00 | $0.00 | $0.00 | $167.88 | 308241 | 0445066164 | | T. POWELL |
| Mail | 8/17/2006 | $30.00 | $0.00 | $0.00 | $197.88 | 308252 | 0551170854 | | L. INGRAM |
| Canteen | 8/24/2006 | ($23.40) | $0.00 | $0.00 | $174.48 | 310381 | | | |
| Mail | 8/31/2006 | $10.00 | $0.00 | $0.00 | $184.48 | 312977 | 4885188472 | | D. HATTON-BROWN |

Ending Mth Balance: $184.48

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 10/11/2006

Page 1 of 1

## For Month of September 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00263838 | Ingram | Norman | | | $184.48 |

Current Location: V

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 9/7/2006 | ($16.45) | $0.00 | $0.00 | $168.03 | 316318 | | | |
| Canteen | 9/21/2006 | ($30.31) | $0.00 | $0.00 | $137.72 | 322655 | | | |
| Canteen | 9/28/2006 | ($27.98) | $0.00 | $0.00 | $109.74 | 325543 | | | |

Ending Mth Balance: $109.74

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00