~AO 241 (Rev.12/04)                                                                                             Page 2

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF         07-012
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: |
|---|---|

| Name (under which you were convicted): NORMAN INGRAM | Docket or Case No: |
|---|---|

| Place of Confinement : D.C.C. SMYRNA, DE | Prisoner No.: 00263838 |
|---|---|

| *Petitioner*( include the name under which you were convicted) | *Respondent* (authorized person having custody of petitioner) |
|---|---|
| NORMAN INGRAM                         v. | THOMAS CARROLL |

The Attorney General of the State of CARL DANBURG

**PETITION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   SUPERIOR COURT IN AND FOR KENT COUNTY

   (b) Criminal docket or case number (if you know): 0305008270

2. (a) Date of the judgment of conviction (if you know): DEC 2, 2003

   (b) Date of sentencing: DEC 2, 2003

3. Length of sentence: 22 YEARS

4. In this case, were you convicted on more than one count or of more than one crime?   ☒ Yes   ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:
   TRAFFICKING COCAINE, 16 DEL. C. SECTION 4753, PWITD NS II CS, MAINT. VEHICLE, POSS. OF DRUGS PARAP., FAILURE TO USE TURN SINGAL.

6. (a) What was your plea? (Check one)
   ☐ (1)  Not guilty          ☐ (3)  Nolo contendere (no contest)
   ☒ (2)  Guilty              ☐ (4)  Insanity plea

~AO 241
(Rev.12/04)

Page 3

  (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?
**FOUND GUILTY ON ALL COUNTS BENCH TRIAL**

  (c) If you went to trial, what kind of trial did you have? (Check one)

   ☐ Jury    ☒ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

  ☒ Yes    ☐ No

8. Did you appeal from the judgment of conviction?

  ☒ Yes    ☐ No

9. If you did appeal, answer the following:

 (a) Name of court: STATE SUPREME COURT

 (b) Docket or case number (if you know): 617, 2003

 (c) Result:: AFFIRMED

 (d) Date of result (if you know): 09-17-04

 (e) Citation to the case (if you know): STATE V. INGRAM

 (f) Grounds raised: ILLEGAL SEARCH AND SEIZURE INSUFFICENT EVIDENCE TO SUPPORT CONVICTION RACIAL PROFILING, TAMPERING WITH EVIDENCE

 (g) Did you seek further review by a higher state court?   ☐ Yes    ☒ No

 If yes, answer the following:

  (1) Name of court: NONE

  (2) Docket or case number (if you know): NONE

  (3) Result: NONE

  (4) Date of result (if you know): NONE

~AO 241
(Rev.12/04)

Page 4

(5) Citation to the case (if you know): NONE

(6) Grounds raised: NONE

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): NONE

(2) Result: NONE

(3) Date of result (if you know): NONE

(4) Citation to the case (if you know): NONE

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☒ Yes   ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court: SUPERIOR COURT IN KENT COUNTY

(2) Docket or case number (if you know): 0305008270

(3) Date of filing (if you know): 11-01-05

(4) Nature of the proceeding: POST-CONVICTION RELIEF

(5) Grounds raised: INEFFECTIVE COUNSEL, RACIAL PROFILING

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes   ☒ No

(7) Result: DENIED

(8) Date of result (if you know): 02-28-06

~AO 241
(Rev.12/04)

Page 5

 (b) If you filed any second petition, application, or motion, give the same information:

  (1) Name of court: SUPERIOR COURT IN KENT COUNTY

  (2) Docket or case number (if you know): 0305008270

  (3) Date of filing (if you know): 07-26-06

  (4) Nature of the proceeding: MOTION FOR NEW TRIAL

  (5) Grounds raised: TAMPERING WITH EVIDENCE

  (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

  ☐ Yes   ☒ No

  (7) Result: DENIED

  (8) Date of result (if you know): 09-11-06

 (c) If you filed any third petition, application, or motion, give the same information:

  (1) Name of court: NONE

  (2) Docket or case number (if you know): NONE

  (3) Date of filing (if you know): NONE

  (4) Nature of the proceeding: NONE

  (5) Grounds raised: NONE

AO 241
(Rev.12/04)

Page 6

  (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

  ☐ Yes   ☒ No

  (7) Result:

  (8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

  (1) First petition:    ☒ Yes   ☐ No

  (2) Second petition:   ☒ Yes   ☐ No

  (3) Third petition:    ☐ Yes   ☒ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE: ILLEGAL SEARCH AND SEIZURE**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):On May 12, 2003, members of the Governor's Task Force stopped Petitioner motor vehicle on route 113 north bound for failure to use a turn signal. Petitioner was pulled over unto the should of route 113, without incident in response to flashing lights from the police vehicle. Petitioner was approahed by Corp. Disilvestro and Officer Talley approahed the passenger side and contacted Thomas cabbage. Corporal Disilvsettro request that Petitioner product his license information it was confirmed by computer that Petitioner's license was valid and that Petitioner had no outstnading warrants. Corporal Dsiilvestro state he smelled a "pretty faint" odor of alcohal coming from the vehicle. Corporal Disilvestro ordered Petitioner to step from the vehicle to preform field sobriety tests. During the field testing Disilvsetro performed a pat down search of Petitioner "for safety reasons" Corporal Dsiilvestro did not have information that would of made him feel that he was in dangerous or that Petitioner was armed. Officer Talley ordered the passenger out of the vehicle, without consent or a warrant to search the passenger. After searching the passenger Officer Talley informed Disilestro that he found was appear to be drugs on the passenger. Disilvestro immediately handcuffed the Petitioner without just cause. Petitioner's vehicle was searched without consent. Petitioner was taken to Del. State Police Troop 3 and was strip searched.

(b) If you did not exhaust your state remedies on Ground One, explain why: Yes the remedies was exhausted in the lower Courts

AO 241
(Rev.12/04)

(c) **Direct Appeal of Ground One:**
(1) if you appealed from the judgment of conviction, did you raise this issue? ☒ Yes ☐ No
(2) if you did not raise this issue in your direct appeal, explain why: Issue was raised

(d) **Post-Conviction Proceedings:**
  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
  ☐ Yes ☒ No
  (2) if your answer to Question (d)(1) is "Yes," state:
  Type of motion or petition: NONE
  Name and location of the court where the motion or petition was filed: NONE
  Docket or case number (if you know): NONE
  Date of the court's decision: NONE
  Result (attach a copy of the court's opinion or order, if available): NONE
  (3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No
  (4) Did you appeal from the denial of your motion or petition? ☐ Yes ☒ No
  (5) If your answer to Question (d) (4) is "Yes," did you raise this issue in the appeal ☐ Yes ☒ No
  (6) If your answer to Question (d) (4) is "Yes," state: NONE
  Name and location of the court where the appeal was filed: NONE
  Docket or case number (if you know): NONE
  Date of the court's decision: NONE
  Result (attach a copy of the court's opinion or order, if available): NONE
  (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: NONE

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: NONE

### GROUND TWO: TAMPERING WITH EVIDENCE AND CORRUPTION

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Petitioner was searched at the at the scene with negitive results. Petitioner was strip searched at Del. State Police Troop 3 with negitive results. Corporal Disilvestro and Officer Talley used drugs from a prior arrest to charge the Petitioner with drug related offenses. Throughout the investigations it was alleged that Task Force Officers was drug tampering to obtain arrests, it was also alleged that all the Officers of the Governor's Task Force have access to the drug evidence locker.

(b) If you did not exhaust your state remedies on Ground Two, explain why: The issue was raised in the Superior Court.

(c) **Direct Appeal of Ground Two:**
(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes  ☒ No
(2) If you did not raise this issue in your direct appeal, explain why: Petitioner filed Motion for New Trial.

(d) **Post-Conviction Proceedings:**
(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
    ☐ Yes  ☒ No
(2) If your answer to Question (d) (I) is "Yes," state:

Type of motion or petition: NONE

Name and location of the court where the motion or petition was filed: NONE

Docket or case number (if you know): NONE

Date of the court's decision: NONE

~-AO ?d 1
(Rev 12/04)

Page 9

Result (attach a copy of the court's opinion or order, if available): NONE

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition ☐ Yes ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☒ No

(6) If your answer to Question (d) (4) is "Yes," state:

Name and location of the court where the appeal was filed: NONE

Docket or case number (if you know): NONE

Date of the court's decision: NONE

Result (attach a copy of the court's opinion or order, if available): NONE

(7) If your answer to Question (d) (4) or Question (d) (5) is "No," explain why you did not raise this issue: NONE

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two:

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): NONE

AO 241 (Rev.12/04)

Page 10

(b) If you did not exhaust your state remedies on Ground Three, explain why? NONE

(c) **Direct Appeal of Ground Three:** NONE

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☒ No

(2) (f you did not raise this issue in your direct appeal, explain why: NONE

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☐ Yes   ☒ No

(2) If your answer to Question (d) (1) is "Yes," state:

Type of motion or petition: NONE

Name and location of the court where the motion or petition was filed: NONE

Docket or case number (if you know): NONE

Date of the court's decision: NONE

Result (attach a copy of the court's opinion or order, if available): NONE

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☒ No

(5) If your answer to Question (d) (4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☒ No

(6) If your answer to Question (d) (4) is "Yes," state:

Name and location of the court where the appeal was filed: NONE

Docket or case number (if you know): NONE

Date of the court's decision: NONE

Result (attach a copy of the court's opinion or order, if available): NONE

~AO 241
(Rev.12/04)

Page 11

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: NONE

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: NONE

**GROUND FOUR:** NONE

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): NONE

(b) If you did not exhaust your state remedies on Ground Four, explain why: NONE

(c)  **Direct Appeal of Ground Four:**
   (1) If you appealed from the judgment of conviction, did you raise this issue    ☐ Yes   ☒ No
   (2) If you did not raise this issue in your direct appeal, explain why:

(d)  **Post-Conviction Proceedings:**
   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
      ☐ Yes   ☒ No
   (2) If your answer to Question (d)(1) is "Yes," state:
   Type of motion or petition: NONE

~AO 241 (Rev.12/04)

Page 12

Name and location of the court where the motion or petition was filed: NONE

Docket or case number (if you know): NONE

Date of the court's decision: NONE

Result (attach a copy of the court's opinion or order, if available): NONE

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: NONE

Docket or case number (if you know): NONE

Date of the court's decision: NONE

Result (attach a copy of the court's opinion or order, if available): NONE

(7) If your answer to Question (d) (4) or Question (d) (5) is "No," explain why you did not raise this issue:

NONE

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: NONE

~AO 241 (Rev. 12/04)

Page 13

13. Please answer these additional questions about the petition you are filing:

  (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  ☒ Yes   ☐ No

  If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: NONE

  (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them: NONE

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☐ Yes   ☒ No

  If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. .Attach a copy of any court opinion or order, if available. NONE

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☒ No

  If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the raised. NONE

Case 1:07-cv-00012-GMS    Document 2    Filed 01/08/2007    Page 12 of 15

~AO 241 (Rev. 12/04)

Page 13

~AO 241
(Rev. 12/04)

Page 14

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:   Andrew G. Ahern, P.O. Box 248, Wilm. DE

(b) At arraignment and plea:   SAME AS (a)

(c) At trial:   SAME AS (a)

(d) At sentencing:   SAME AS (a)

(e) On appeal:   SAME AS (a)

(f) In any post-conviction proceeding:   NONE

(g) On appeal from any ruling against you in a post-conviction proceeding: NONE

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

NONE

(b) Give the date the other sentence was imposed: NONE

(c) Give the length of the other sentence: NONE

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?
   ☐ Yes   ☒ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* Petitioner's conviction was appealed to the State Supreme Court, after the court opinion was render, Petitioner filed for post-conviction relief and a new trial, Petitioner is within the proscribed time for Habeas Corpus reveiw.

Page 15

Therefore, petitioner asks that the Court grant the following relief: _Reversed and Remanded._

or any other relief to which petitioner may be entitled.

_Norman Ingram_
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 1-6-07 (month, date, year).

Executed (signed) on 1-6-07 (date).

_Norman Ingram_
Signature of Petitioner

---

*(...continued)
 (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
 (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
 (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
 (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.



I/M Norman Ingram
SBI# 263838  UNIT V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

THIS LETTER WAS SENT BY AN INMATE WHO IS IN STATE PRISON. THE STATE [IS NOT RE]SPONSIBLE FOR DEBTS INCURRED [BY THE SENDER]S OF THE LETTER

United States District Court
District of Delaware  J. Caleb
Boggs Federal Building  844 King St,
Locker Box 18  Wilmington, DE
19801