IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

NORMAN INGRAM,                    )
                                  )
            Petitioner,           )
                                  )
v.                                )     Civil Action No. 07-12-***
                                  )
THOMAS L. CARROLL,                )
Warden, and ATTORNEY              )
GENERAL OF THE STATE              )
OF DELAWARE,                      )
                                  )
            Respondents.          )

FILED

FEB – 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

**AEDPA ELECTION FORM**

1. _____✓_____     I wish the Court to rule on my § 2254
                     petition as currently pending.  I realize
                     that the law does not allow me to file
                     successive or later petitions unless I
                     receive certification to do so from the
                     United States Court of Appeals for the
                     Third Circuit; therefore, this petition
                     will be my one opportunity to seek federal
                     habeas corpus relief.

2. _____     I wish to amend my § 2254 petition to
                     include all the grounds I have.  I will
                     do so within thirty (30) days.  I realize
                     that the law does not allow me to file
                     successive or later petitions unless I
                     receive certification to do so from the
                     United States Court of Appeals for the
                     Third Circuit; therefore, this amended
                     all-inclusive petition will be my one
                     opportunity to seek federal habeas corpus
                     relief.

3. _____   I wish to withdraw my § 2254 petition
without prejudice to file one all-inclusive
petition in the future; that is, one
that raises all the grounds I have for
federal habeas corpus relief.  I realize
this all-inclusive petition must be filed
within the one-year period as defined by
28 U.S.C. § 2244(d).  *See Swartz v. Meyers*,
204 F.3d 417 (3d Cir. 2000).

4. _____   I am not seeking federal habeas corpus
relief under § 2254.  I am instead seeking
relief under __ _____.

*Norman Ingram*
Petitioner

Norman Ingram
SBI# 263838    UNIT V
DELAWARE CORRECTIONAL CENTER
181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197

01 FEB 2007 PM 3 T

U.S.M.S.
X-RAY

Office of the clerk
United States District court
844 King Street, Lockerbox 18
wilmington, Delaware
19801

19801+3513