D.I. #_____

# CIVIL ACTION NUMBER: 07-12

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.35 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.60 |

Postmark Here

Sent To: WARDEN TOM CARROLL
Street, Apt. No.; DELAWARE CORRECTIONAL CENTER
or PO Box No. 1181 PADDOCK RD.
City, State, ZIP+4 SMYRNA, DE 19977

PS Form 3800, June 2002     See Reverse for Instructions

7005 1820 0004 3169 7326



FILED
FEB 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE