D.I. #_____

# CIVIL ACTION
# NUMBER: _____07-12_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

