**D.I. #** _____

# CIVIL ACTION
# NUMBER: _07CV12_ * * *

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WARDEN TOM CARROLL
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK RD.
SMYRNA, DE 19977

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Beatrice Oney_    ☐ Agent   ☐ Addressee

B. Received by ( *Printed Name*)   C. Date of Delivery
Beatrice Oney   2/13/07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
*(Transfer from service label)*   7005 1820 0004 3169 7326

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540



FILED

FEB 1 5 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned