IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

NORMAN INGRAM,  )
    Plaintiff,  )
      )
    v.  )  Civil Action No. 07-12-***
      )
STATE OF DELAWARE,  )
    Defendant.  )

## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff NORMAN INGRAM pursuant to 28 U.S.C. § 1915, requests this court to appoint counsel to represent petitioner in the above-entitled action for the following reasons:

1.     The plaintiff is unable to afford counsel.

2.     The issues involved in this case are complex.

3.     The complaint in this case alleges that the defendant's subject plaintiff to ILLEGAL SEARCH AND SEIZURE.

4.     The plaintiff's allegations, if proved, clearly would establish a constitutional violation.

5.     In deciding whether to appoint counsel for an indigent litigant, the court should consider "the factual complexity of the case, the ability of the indigent to investigate the facts, the existence of conflicting testimony, the ability of the indigent to present his claim and the complexity of the legal issues." In addition, courts have suggested that the most important factor is whether the case appears to have merit.

6.     PETITIONER'S CONSTITUTIONAL RIGHTS ARE IN VIOLATION.

FILED
MAR - 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

For the foregoing reasons, the court should grant the plaintiff's motion and appoint counsel in this case.

Date: 3-7-07

*Norman Ingram*
NORMAN INGRAM
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Certificate of Service

I, NORMAN INGRAM, hereby certify that I have served a true And correct copies of the attached motion for appointment of counsel upon the following parties/person (s):

TO:   JOHN WILLIAMS
      DEPUTY ATTORNEY GENERAL
      102 W. WATER ST.
      DOVER, DE 19901

TO:

TO:

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

*Norman Ingram*

On this 7 day of March, 2007

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORMAN INGRAM,<br>    Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | Civil Action No. |
| STATE OF DELAWARE,<br>    Defendant. | )<br>)<br>) | |

## ORDER

IT IS HEREBY ORDERED, THIS _____ DAY OF ___, _____ ___, 20 ___, THAT THE ATTACHED MOTION FOR APPOINTMENT OF COUNSEL HAS BEEN READ AND CONSIDERED. IT IS ORDERED THAT THE MOTION IS HEREBY_____.

I/M Norman Ingram
SBI# 263838   UNIT Y
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
08 MAR 2007PM 1 L

Legal Mail

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801