IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORMAN INGRAM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-12-*** |
| | ) | |
| THOMAS CARROLL, Warden and JOSEPH R. BIDEN III, Attorney General for the State of Delaware | ) ) ) ) | |
| Respondents. | ) | |

## ORDER

This __14__ day of __May_____, 2007,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and,

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records related to this matter shall be filed on or before June 11, 2007

*[signature]*
United States ~~District Judge~~ Magistrate