# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

NORMAN INGRAM,                            )
                                         )
    Plaintiff,                           )
                                         )
v.                                       )   Civ. A. No. 07-12***
                                         )
THOMAS CARROL,warden,                    )
                                         )
    Defendant.                           )

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b), Federal Rules of Civil Procedure, The Pititioner Norman Ingram,

respectfully request an extension of time for filing An answer to the states motion to and

including June 12, 2007, on the grounds that my access to the law library Is limited due to

scheduling.

Date: May 25, 2007

                                                *Norman Ingram*
Norman Ingram, SBI # 00263838
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977



FILED

MAY 30 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

IM Norman Ingram

SBI# 263838    UNIT V

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE  19977

WILMINGTON DE 197

29 MAY 2007 PM 1 T

Office of the clerk

United States District Court

844 N. King Street, Locker Box 18

Wilmington, Delaware

19801-3570