IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

NORMAN INGRAM,                    )
                                  )
    Plaintiff,                    )
                                  )
v.                                ) Civ. A. No. 07-12***
                                  )
THOMAS CARROL, warden,            )
                                  )
    Defendant.                    )

MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b), Federal Rules of Civil Procedure, The Pititioner Norman Ingram, respectfully request an extension of time for filing An answer to the states motion to and including June 12, 2007, on the grounds that my access to the law library Is limited due to scheduling.

Date: May 25, 2007

                                                  *Norman Ingram* (signature)
                                                 Norman Ingram, SBI # 00263838
                                                 Delaware Correctional Center
                                                 1181 Paddock Road
                                                 Smyrna, DE 19977

SO ORDERED, this _31_ day of __May__, 20__.

_____
UNITED STATES DISTRICT JUDGE
           Magistrate