## Certificate of Service

I, __Norman Ingram__, hereby certify that I have served a true And correct cop(ies) of the attached: __Motion for enlargement of time__ _____ upon the following parties/person (s):

TO: James Turner Wakley
Department of Justice
820 N. French St.
Wilmington, DE 19801

TO: _____

TO: _____

TO: _____

FILED
JUN - 8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __6__ day of __June__, 200__7__

_Norman Ingram_

I/M Norman Ingram
SBI# 263838  UNIT Y
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



WILMINGTON DE 197
07 JUN 2007 PM 1 T

U.S.M.S.
X-RAY

Office of the clerk
United States Distict court
844 N. King steet, Lockbox 18
Wilmington, Delaware
19801