IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORMAN INGRAM, | ) |
|     Plaintiff, | ) |
| v. | ) Civ. A. No. 07-12*** |
| THOMAS CARROL, warden, | ) |
|     Defendant. | ) |

MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b), Federal Rules of Civil Procedure, The Petitioner Norman Ingram, respectfully request an extension of time for filing An answer to the states motion to and including July 12.07 on the grounds that my access to the law library Is limited due to scheduling.

Date. May 23, 2007

                                                  *Norman Ingram*
Norman Ingram, SBI# 00263838
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977


FILED
JUN 1 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

## Certificate of Service

I, **Norman Ingram**, hereby certify that I have served a true And correct cop(ies) of the attached: **Motion for Enlargement of time** upon the following parties/person (s):

TO: James Turner Wakley
Department of Justice
820 N. French St.
Wilmington, DE 19801

TO: United State District
Court
844 N. King Street LockBox 18
Wilmington, Delaware
19801

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this **8** day of **June**, 200**7**

*Norman Ingram*

I/M Norman Ingram
SBI# 263839   UNIT V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

SOUTH JERSEY NJ 080
09 JUN 2007   PM 4 T

United States District Court
844 N. King Street Locker 18 Box 18
Wilmington, Delaware
19801