IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORMAN INGRAM, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ.Act.No. 07-12-*** |
| ) | |
| THOMAS CARROLL, Warden ) | |
| and JOSEPH R. BIDEN III, Attorney ) | |
| General for the State of Delaware ) | |
| ) | |
| Respondents. ) | |

ORDER

This __12__ day of __June__, 2007,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and,

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records related to this matter shall be filed on or before July 11, 2007

_____
United States ~~District Judge~~ Magistrate