IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **NORMAN INGRAM,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-12-*** |
| | ) | |
| **THOMAS CARROLL**, Warden | ) | |
| and **JOSEPH R. BIDEN III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE**

**CERTIFIED STATE COURT RECORDS**

1. The petitioner, Norman Ingram, has applied for federal habeas relief, alleging a variety of errors in his 2004 convictions. D.I. 2. The undersigned filed an answer to the petition on May 11, 2007.

2. By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's appeal.

3. Appeals Division policy is that only the Chief of Appeals may retrieve certified records from the Delaware Supreme Court. Due to the large volume of record retrieval recently required by prosecutors in the appeals division and his own substantial caseload, he has been unable to obtain the certified state court records in order to file them by the required date. The undersigned anticipates obtaining and copying the records on or before August 13, 2007.

      4.      This is respondents' THIRD request for an extension of time to file records.

      5.      Respondents submit that an extension of time to August 13, 2007 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondents submit herewith a proposed order.

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: July 11, 2007

## RULE 7.1.1 CERTIFICATION

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

/s/ James T. Wakley
Deputy Attorney General


Counsel for Respondents

Date: July 11, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2007, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on July 11, 2007, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

Norman Ingram
SBI No. 00263838
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612
james.wakley@state.de.us

Date: July 11, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **NORMAN INGRAM,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-12-*** |
| | ) | |
| **THOMAS CARROLL**, Warden | ) | |
| and **JOSEPH R. BIDEN III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

This _____day of _____, 2007,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and,

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records related to this matter shall be filed on or before August 13, 2007

_____
United States District Judge