IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **NORMAN INGRAM,** ) | |
| Petitioner, ) | |
| v. ) | Civ. Act. No. 07-12-*** |
| ) | |
| **THOMAS CARROLL**, warden ) | |
| And **JOSEPH R. BIDEN III**, Attorney ) | |
| General for the State of Delaware, ) | |
| Respondents. ) | |

RESPONSE TO STATE ANSWER

Claim One: Probable cause to search Ingram vehicle.

Petitioner moves this court to review his Fourth Amendment claim in light that he was

Not given a full and fair opportunity in state court and under State Ex. Rel.

**PETILLO v. NEW JERSEY**, 562 F. 2d 903 (3d Cir. 1977.)

In Petillo The Court has stated that In determining whether state prisoner was entitled

to Federal habeas corpus for failure of state to provide him with an opportunity for full

and fair litigation of his Fourth Amendment claim that evidence obtained in an

unconstitutional search was introduced at his trial, question was not whether trial court

correctly decided Fourth Amendment issue, but whether prisoner was given an

opportunity for full and fair state court litigation of his claim. 28 U.S.C.A. 2254 ;

U.S.C.A. Const. Amend. 4

Petitioner was not given an opportunity to suppress the affidavit of defiant. In defiant

affidavit he never stated that he asked petitioner to get out of the car because of the smell

of alcohol. See attached affidavit. In defiant affidavit he states that he pulled petitioner

over for not using his turn signal. At trial the officer testified that he asked petitioner to

step out of vehicle because he smelled alcohol and wanted to give petitioner sobriety test. In officer affidavit there is no mention of such smelling of alcohol or desire of sobriety test.

In U.S. V. DOE 801 F. SUPP.1562 The court concluded that no credible evidence exist that concluded that there was probable cause for the vehicle search.

Petitioner is saying that officer perjured his Testimony at suppression hearing and Trial.

Petitioner was not given full and fair opportunity to suppress the defiant affidavit.

Officer lied on the stand about the smell of alcohol and it was not in his affidavit. District Court should look at petitioner Fourth Amendment claim.

Claim Two: Procedural default

Petitioner Filed motion for New Trial in 2006 based on under Newly discovered evidence of a miscarriage of justice; And request the court to correct the misjustice. Officer Mullet was investigated and indicted by a Grand jury for Tampering with drugs; Who is a part of the **Governors Task Force** who arrested petitioner.

Petitioner has claimed his innocence from the on start.

Petitioner motion for New Trial was denied and petitioner appealed and inadvertently sent appeal to superior court (see notice of appeal attached).

Where a petitioner has defaulted his state remedies and has not demonstrated cause and prejudice, a Federal Court may entertain a petitioner for Habeas Corpus only if the petitioner makes a showing of actual innocence **Sawyer v. whitley, 112 s. ct. 2514, 2519 (1992 ),Murry, 477 U.S. at 496.**

Petitioner is claiming actual innocence and is showing such by asking for **Brady Material** to determine that the officers involved in petitioners case were Tampering with evidence confiscated from other arrest under **Mullet investigation**.

For the interest of justice and substantial miscarriage of justice; And the actual innocence of petitioner; Petitioner ask that the excuse any procedural default.

A federal court may excuse a procedural default if the petitioner demonstrates that failure to review the claim will result in a fundamental miscarriage of justice. <u>Edwards v. Carpenter, 529 U.S. 446, 451 (2000); Wenger V. Frank, 266 F. 3d 218, 224 (3d 218, 224 (3d Cir. 2001).</u>

Petitioner has claimed a constitutional violation which resulted in his conviction; which he is actually innocence.

Where for petitioner request that this honorable court excuse his procedural default for inadvertently sending his appeal to superior court instead of Supreme Court, and to review fourth amendment claim.

Dated: 7-10-07

Norman Ingram
Norman Ingram, 263838
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

State of Delaware vs. NORMAN INGRAM Case: 03 05 008270

## Exhibit B

SBI Number: **00263638**       Also Known As:
Date of Birth/Age: **Aug 14, 1970 (32)**   Sex: **Male**                               Race: **Black**
Eye Color: **Brown**   Hair Color: **Brown**   Height: **5'6"**   Weight: **120 lbs**
Driver's License:                                Social Security Number: **222684861**
Address: **10 STATE CIRCLE**
         **DOVER, DE 19901**

Phone: **(302) 734-8369**
Employer: **IMS**
          **WILLOW GROVE, DE 19934**

Date and Times of Offense: **5/12/2003 at 2005**
Location of Offense: **Dover, 19901**

Your affiant DET TALLEY can truly state that: 1. ON 04-12-03 I OBSERVED A 2003 CHEVY BLAZER TAN PA#DWX1718 LEAVING THE EXIT TO CAPITAL PARK WITHOUT USING ITS TURN SIGNAL. CPL DISILVESTRO PULLED THE VEHICLE OVER AS IT TURNED N/B ONTO US 113 IN FRONT OF MOTOR VEHICLE.
2. CPL DISILVESTRO CONTACTED THE DRIVER OF THE VEHICLE DEF INGRAM. I CONTACTED THE PASSENGER OF THE VEHICLE, DEF CUBBAGE. DEF CUBBAGE WAS EXTREMELY NERVOUS AND WAS BREATHING VERY HEAVILY. INVESTIGATION REVEALED THAT DEF INGRAM IS CURRENTLY ON PROBATION.
3. A SEARCH OF DEF INGRAM REVEALED PLASTIC BAGGIES ALONG WITH A LARGE AMOUNT OF US CURRENCY. A SEARCH OF DEF CUBBAGE REVEALED A WHITE CHUNKY SUBSTANCE IN A NAPKIN LOCATED IN DEF CUBBAGE PANT POCKET. DEF CUBBAGE ALSO STATED THAT HE HAD A CRACK PIPE IN HIS SHOE. I LOCATED A GLASS CRACK PIPE USED TO SMOKE CRACK COCAINE IN DEF CUBBAGE SHOE.
4. UNDER THE DRIVERS SIDE FRONT SEAT OF THE VEHICLE WAS A DIGITAL SCALE WITH A WHITE RESIDUE ON IT. THE RESIDUE ON THE SCALE TESTED POSITIVE FOR CRACK COCAINE.
5. ONCE BACK AT THE TROOP A SEARCH OF DEF INGRAM WAS DONE. DEF INGRAM HAD A PLASTIC BAGGIE THAT CONTAINED A WHITISH CHUNKY SUBSTANCE WHICH APPEARED TO BE CRACK COCAINE. THERE WAS ALSO A BROWN PAPER TOWEL THAT CONTAINED A PLASTIC BAGGIE WITH A GREEN LEAFY SUBSTANCE WHICH APPEARED TO BE MARIJUANA ALONG WITH ANOTHER BAGGIE OF WHITE CHUNKY SUBSTANCE WHICH APPEARED TO BE CRACK COCAINE.
6. THE CRACK COCAINE LOCATED ON DEF CUBBAGE TESTED POSITIVE FOR CRACK COCAINE AND WEIGHED .4 GRAMS. THE GLASS PIPE LOCATED ON DEF CUBBAGE WAS USED TO SMOKE CRACK COCAINE.

Sworn and subscribed before me this 12th day of May A.D. 2003

Judge/Master/Commissioner/Court Clerk

State of Delaware vs. **NORMAN INGRAM** Case: **03 05 008270**

7. THE LARGE BAG OF CRACK COCAINE LOCATED ON DEF INGRAM TESTED POSITIVE FOR CRACK COCAINE AND WEIGHED 30.4 GRAMS. THE OTHER BAG OF CRACK COCAINE TESTED POSITIVE FOR CRACK COCAINE AND WEIGHED 2.8 GRAMS. THE MARIJUANA LOCATED ON DEF INGRAM TESTED POSITIVE FOR MARIJUANA AND WEIGHED 3 GRAMS.

8. THE VEHICLE WAS USED TO TRANSPORT THE NARCOTICS. THE PLASTIC BAGGIES WERE USED TO STORE MARIJUANA. THROUGH MY TRAINING AND EXPERIENCE THE LARGE AMOUNT OF CRACK COCAINE LOCATED ON DEF INGRAM IS MORE THAN PERSONAL USE AND ALONG WITH DIGITAL SCALE AND LARGE AMOUNT OF US CURRENCY IS CONSISTENT WITH THE SALE OF NARCOTICS.

Affiant: DET TALLEY (7937) of TROOP 3 STATE POLICE

Victim:                     Date of Birth            Relationship Victim to Defendant
SOCIETY/PUBLIC                                       Victimless Crime

Sworn and subscribed before me this 12th day of May A.D. 2003

Affiant

Judge/Master/Commissioner/Court Officer

IN THE SUPREME COURT OF THE STATE OF DELAWARE

Norman Ingram _____,
_____ Below,
Appellant,

v.

State of Delaware _____,
_____ Below,
Appellee.

No. 0305008270

## NOTICE OF APPEAL

Supreme Court _____

PLEASE TAKE NOTICE that Norman Ingram _____,
_____, below appellant, does hereby appeal to the Supreme Court of the State of Delaware, from the order Motion For New Trial _____ of the Superior _____ Court, in and for Kent _____, County, by Judge William T. Vaughn, dated Sept 11, 2006 _____, in Case Number ID#03-05-086 F
ID# 0305008270 _____ in that court. A copy of the decision sought to be reviewed is attached hereto.

Form Rev. 4/1/93

RECEIVED AND FILED
06 SEP 18 PM 2:35
KENT COUNTY PROTHONOTARY



The name and address of the attorney below for appellee is _Christopher Parker_, the party against whom the appeal is taken is _Norman Ingram_.

The name and address of the attorney below for the party against whom the appeal is not taken is _Pro se_. The party against whom the appeal is not taken is _Pro se_.

**PLEASE TAKE FURTHER NOTICE** that appellant hereby designates the transcript in accordance with Rules 7(c)(6) and 9(e)(ii) in the following manner:

_Trial + Sentence Transcript_

[or] _____

Dated: _9-14-06_

Attorney for _Pro-se_

_Norman Ingram_ /Below-Appellant

Form Rev. 4/1/98                               -2-

## Certificate of Service

I, _Norman Ingram_, hereby certify that I have served a true
And correct cop(ies) of the attached: _Notice of Appeal_ _____
_____ upon the following
parties/person (s):

TO: _Prothonotary office_    TO: _____
_38 The Green_
_Dover, DE 19901_

TO: _____    TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _14th_ day of _Sept_, 200_6_

_Norman Ingram_

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR ___KENT___ COUNTY

NORMAN INGRAM
Plaintiff

v.

Crim. A. No. _IK03-05-0866, thru 0871_
ID No. 0305008270

STATE OF DELAWARE
Defendant

## ORDER

IT IS HEREBY ORDERED, this __11th__day of ___September___, 200_6_ that the attached Motion for __New Trial__ has been read and considered.

IT IS ORDERED that the Motion is hereby ~~Granted~~/Denied.

IS IS FURTHER ORDERED THAT
_Having reviewed the transcript of the trial, I am satisfied that the_
_evidence at trial established that the seizing, packaging and chain of_
_custody of the drugs involved in this case occurred without any tampering._
_The defendant's motion for a new trial is denied._

IT IS SO ORDERED.

_____
Judge

CC: Prothonotary
CC: Christopher Parker, Esquire
Andrew Ahern, III, Esquire
Norman Ingram, Occ



## Certificate of Service

I, __Norman Ingram__, hereby certify that I have served a true And correct cop(ies) of the attached: __Response to State Answer__ _____ upon the following parties/person (s):

TO: __James Turner Wakley__
__Department of Justice__
__820 N. French St.__
__Wilminton, DE 19801__

TO: _____
_____
_____
_____

TO: __Office of The Clerk__
__United States District Court__
__844 N. King Street, Lock Box 18__
__Wilmington, Del 19801__

TO: _____
_____
_____
_____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __20__ day of __July__, 200__7__

FILED
JUL 23 2007
RG SCANN
U.S. COURT
DISTRICT OF DELAWARE

__Norman Ingram__

I/M Norman Ingram
SBI# 263838   UNIT V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCK BOX 18
WILMINGTON, DELAWARE
19801

LEGAL MAIL