IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **NORMAN INGRAM,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-12-*** |
| | ) | |
| **THOMAS CARROLL**, Warden | ) | |
| and **JOSEPH R. BIDEN III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware State Court documents have been manually filed with the Court and are available in paper form only:

a. Superior Court Criminal Docket ID#0305008270

b. Appellant's Opening Grief and Appendix (617, 2003)

c. State's Answering Brief (617, 2003)

d. Appellant's Reply Brief (617, 2003)

e. September 17, 2004 Order (617, 2003)

l. Appellant's Notice of Appeal (465, 2005)

m. Appellant's Response to Motion to Show Cause (465, 2005)

n. November 8, 2005 Order (465, 2005)

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
DATE: September 13, 2007                              Del. Bar. ID No. 4612

1

CERTIFICATE OF SERVICE

      I hereby certify that on September 13, 2007, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also certify that on September 13, 2007, I have mailed by United States Mail, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

Norman Ingram  
SBI No. 00263838  
Delaware Correctional Center  
1181 Paddock Road  
Smyrna, DE 19977

                                              /s/ James T. Wakley  
                                              Deputy Attorney General  
                                              Department of Justice  
                                              820 N. French Street  
                                              Wilmington, DE 19801  
                                              (302) 577-8500  
                                              Del. Bar. ID No. 4612

DATE: September 13, 2007