# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

**NORMAN INGRAM,**                     )
                                       )
      Petitioner,              )
                                       )
     v.                            )        Civ.Act.No. 07-12-***
                                       )
**THOMAS CARROLL**, Warden             )
and **JOSEPH R. BIDEN III**, Attorney  )
General for the State of Delaware      )
                                       )
      Respondents.             )

## NOTICE OF SUPPLEMENTAL FILING OF STATE COURT RECORDS

1.  Notice is hereby given that certified copies of the following Delaware State Court

documents have been manually filed with the Court and are available in paper form only:

a. Affidavit of Andrew G. Ahern III, Esq. (February 8, 2005)

b. State's Response to Motion for Postconviction Relief  (May 11, 2005)

c. Commissioner's Report and Recommendation (September 2, 2005)

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: October 10, 2007

CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2007, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein.  I also certify that on October 11, 2007, I have mailed by United States Mail, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

Norman Ingram
SBI No. 00263838
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: October 11, 2007

2